# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

v.

DIAZ-Mota, Eleazar

(Name and Address of Defendant)

**Filed**

APR 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CRIMINAL COMPLAINT**

CASE NUMBER:

07 70253 RS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than __December 16, 2006__, in __Santa Clara__ County in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General,

in violation of Title ___8___ United States Code, Section(s) ___1326___
further state that I am a(n) ___Special Agent___ and that this complaint is based on the following
                              Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: Two years imprisonment, $250,000.00 fine, $100.00 special assessment, a term of supervised release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
                      ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__April 27, 2007__                         at        __San Jose, California__
         Date                                              City and State

The Honorable Richard Seeborg
United States Magistrate Judge                 _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

RE:  DIAZ-Mota, Eleazar                                                           A77 419 014

I am a Special Agent ("SA") with the United States Immigration and Customs Enforcement (ICE) and have been so employed since September of 2002. I am currently assigned to the Assistant Special Agent in Charge San Jose Office (ASAC-San Jose). I am currently assigned to the Work Site Enforcement Unit within the Office of Investigations in San Jose, California. I am responsible for enforcing federal criminal statutes as well as statues relating to U.S. Customs and Immigration Law. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes, U.S. Customs and U.S. Immigration regulations.   I am a graduate of the Federal Law Enforcement Training Center Criminal Investigation Training Program and the United States Customs Officer Basic Enforcement School, in Brunswick, Georgia. Prior to becoming a Special Agent, I served as a U.S. Customs Inspector for 10 years. I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   DIAZ-Mota, Eleazar (DIAZ) is a 31-year-old male who has used an alias of Eleazar Diaz-Hernandez.

(2)   DIAZ has been assigned an Alien Registration Number of A77 419 014, an FBI Number of 711488JB5, and a California Criminal Information Index (CII) Number of A24962935.

(3)   DIAZ is a native of Mexico and a citizen of Mexico. A check through Service records shows that he was arrested and deported from the United States on December 7, 1998 from Calexico, California and December 16, 2006 from Otay Mesa, California.

(4)   DIAZ last entered the United States on or after December 16, 2006 by crossing the international border without inspection subsequent to deportation/removal.

(5)   On April 25, 2007, DIAZ was found in Santa Clara County in the Northern District of California, pursuant to an arrest by Immigration and Customs Enforcement agents. DIAZ was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General, in violation of Title 8, United States Code, Section 1326. I have reviewed DIAZ's Alien File and found a Notice and Order of Expedited Removal (I-860) and an executed Notice to Alien Being Removed/Departure Verification (I-296). I, along with Special Agent Raul Concha, interviewed DIAZ on April 24, 2007.  We advised him of his Miranda rights and DIAZ gave a sworn statement stating that he was born in Vera Cruz, Mexico on April 14, 1963 and is a citizen of Mexico.

(6)   On September 28, 2003, DIAZ was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of Driving Under the Influence of Alcohol, in violation of Section 23152B of the California Vehicle Code.

(7)   On July 20, 2005, DIAZ was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of Disorderly Conduct Prostitution, in violation of Section 647 of the California Penal Code.

(8)   On October 8, 2005, DIAZ was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of Disorderly Conduct Prostitution, in violation of Section 647 of the California Penal Code.

(9)   On February 2, 2006, DIAZ was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of Driving Under the Influence of Alcohol/Drive With Suspended License, in violation of Section 146012A of the California Vehicle Code.

(10)  ICE agents identified DIAZ after matching his fingerprints from previous arrests through the CIS IDENT system. This system contains the fingerprints of individuals previously detained and arrested by ICE. IDENT matched DIAZ's fingerprints taken on April 24, 2007 to ones taken at the time of his deportation.

(11)  The official Immigration Service file relating to DIAZ contains one Notice and Order of Expedited Removal. He was arrested and deported from the United States to Mexico on December 7, 1998, at Calexico, California. The Assistant Special Agent in Charge-San Jose is waiting for receipt of an additional Notice of Expedited Removal for DIAZ from the Citizenship And Immigration Services National Records Center. This Notice of Expedited Removal documents the removal of DIAZ from the United States on December 16, 2006.

(12)  There is no record in the official file of the United States Immigration and Naturalization Service that DIAZ ever applied to the Attorney General to reenter the United States after deportation. Furthermore, DIAZ admitted during a sworn statement to have re-entered the United States without the permission of the Attorney General.

(13)  On the basis of the above information, there is probable cause to believe that DIAZ is in the United States in violation of Title 8, United States Code, Section 1326.

Wendell Wright
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this _27th_ day of _April_, 2007

RICHARD SEEBORG
United States Magistrate Judge