1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

Filed
MAY 10 2007
E-filing RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CR No. 07 00283 JF
                                    )                        PVT
        Plaintiff,                  )
                                    )   VIOLATION: Title 8, United States Code,
    v.                              )   Section 1326 - Illegal Re-Entry Following
                                    )   Deportation
ELEAZAR DIAZ-MOTA,                  )
                                    )   SAN JOSE VENUE
        Defendant.                  )
                                    )
                                    )

### INFORMATION

The United States Attorney charges:

    On or about April 25, 2007, the defendant

                    ELEAZAR DIAZ-MOTA,

an alien, previously having been arrested and deported from the United States on or about

December 7, 1998 and December 16, 2006, and was thereafter found in the Northern District of

California, the Attorney General of the United States and the Secretary for Homeland Security

//

//

INFORMATION

1  not having expressly consented to a re-application by the defendant for admission into the United
2  States, in violation of Title 8, United States Code, Section 1326.

Dated: 5/9/07

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA SUSAN KNIGHT

INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

## OFFENSE CHARGED
8 USC s. 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
2 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

CR 07 00283 JF

## DEFENDANT - U.S.
► ELEAZAR DIAZ-MOTA

DISTRICT COURT NUMBER

(Filed MAY 10, RICHARD W. W... CLERK, U.S. DISTRICT, NORTHERN DISTRICT OF CA, SAN JOSE — E-filing — PVT)

## PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70253 RS

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **SUSAN KNIGHT**

## DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No — If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: