UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, May 23, 2007
**Case Number:** CR-07-00283-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Jana Ridenour

---

**TITLE:** **UNITED STATES OF AMERICA V. ELEAZAR DIAZ-MOTO**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Eleazar Diaz-Moto |
| **Attorneys Present:** Susan Knight | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:
     Status review held. Counsel, Spanish interpreter Lupita Arce and defendant are present.
     Continued to 6/27/07 at 9:00 a.m. for further status review.
     35 days are excluded for the reasons stated.