# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, June 27, 2007
**Case Number:** CR-07-00283-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. ELEAZAR DIAZ-MOTO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Eleazar Diaz-Moto |
| Attorneys Present: Susan Knight | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

Further status review held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 7/18/07 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.