UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition/Judgment and Sentencing, July 18, 2007
**Case Number:** CR-07-00283-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  **UNITED STATES OF AMERICA V. ELEAZAR DIAZ-MOTO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Eleazar Diaz-Moto |
| **Attorneys Present:** Susan Knight | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

Disposition and Judgment and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present.
Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to prison for time served; 1 year supervised release; and $100.00 special assessment.