FILED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

ELEAZAR DIAZ-MOTA,
Defendant.

_______________________________/

Case No. CR-07-00283-JF

SEALING ORDER PURSUANT TO GENERAL ORDER 54

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

__ Presentence Report

_ Plea Agreement

x Statement of Reasons

IT IS SO ORDERED.

DATED: July 23, 2007

JEREMY FOGEL
United States District Judge