08/01/2007 11:12 am

Version 0.2

## Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|-----------|--------------------|--------------------|-----------|-------------|---------------|-------------|
| | Case No. DCAN507CR000283 | | US V DIAZ-MOTA | | | | | | | |
| 001 | ELEAZAR DIAZ-MOTA | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611001380 | 1 | PR | 100.00 | 07/20/2007 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

FILED

AUG 7 - 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT ON 7/20/07
PAID IN FULL

Page 1 of 1